# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PHETSOMPHONE (ANDREW) SOURIYAVONG, ) ) ) Plaintiff, ) ) v. ) ) SOCIAL SECURITY ADMINISTRATION, ) ) Defendant. ) | Civil No. 3:14-cv-02041 Judge Trauger |

## **O R D E R**

On October 6, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 21), to which the plaintiff has responded by a letter to the court (Docket No. 23). To the extent that this letter can be considered an objection to the Report and Recommendation, it is OVERRULED. The plaintiff failed to respond to two orders of the magistrate judge and, in this letter, gives no reason whatsoever for his failures. No justification whatsoever is given to excuse these deficiencies.

For these reasons, the Report and Recommendation is ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

It is so **ORDERED.**

Enter this 4th day of November 2015.

_____
ALETA A. TRAUGER
U.S. District Judge